UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 86-06122-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          **O R D E R**

JAMES NOLAN,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Motion For Writ Of Audita Querela (DE 2948) filed herein by Defendant James Nolan. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    By the instant Motion (DE 2948) Defendant moves for the Court to rescind its finding that Defendant Nolan should be sentenced as a Special Dangerous Offender pursuant to 18 U.S.C. § 3575(a)(2) and (3) and to rescind its recommendation to the U.S. Parole Commission that Defendant Nolan should never be paroled.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant James Nolan's Motion For Writ Of Audita Querela (DE 2948) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of October, 2010.

                                                /s/ William J. Zloch
                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

All Counsel of Record