UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 86-06122-CR-ZLOCH

JAMES THOMAS NOLAN,

    Petitioner,

vs.                              **O R D E R**

UNITED STATES OF AMERICA,

    Respondent.
_____/

THIS MATTER is before the Court upon Petitioner's Motion Under Rule 60-B-6 Fed. Rules Of Crim. Procedure (DE 2952) filed herein by Petitioner James Thomas Nolan. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

The Court notes that Petitioner James Thomas Nolan is represented in this matter by Charles White, Esquire. Once an appearance by an attorney has been entered on a party's behalf, that "party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein." S.D. Fla. L.R. 11.1(d)(4). The Court notes that the instant Motion (DE 2952) was filed by Petitioner James Thomas Nolan pro se.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion Under Rule 60-B-6 Fed. Rules Of Crim. Procedure (DE 2952) be and the same is hereby **STRICKEN**;

2. The Clerk of this Court be and the same is hereby **DIRECTED** to strike Petitioner's Motion Under Rule 60-B-6 Fed. Rules Of Crim.

Procedure (DE 2952) from the record; and

    3. Any further motions, pleadings, briefing, etc. filed on behalf of Petitioner James Thomas Nolan shall be made by and through his attorney.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___10th___ day of November, 2010.

                                                         WILLIAM J. ZLOCH
                                                         United States District Judge

Copies furnished:

All Counsel of Record