From: James Nolan
      Reg. No. 03798-008
      FCC Coleman Medium
      P.O. Box 1032
      Coleman, Florida 33521

December 2, 2014

To: Honorable William J. Zloch
    U.S. District Judge
    U.S. Courthouse
    299 E. Boward Blvd.
    Fort Lauderdale, Florida 33301

    RE: Sentence Reduction Consideration

Your Honor:

On October 23, 1989 you sentenced me to fifty-years. Through the course of my incarceration I have strived to rehabilitate myself, first of all by accepting the Lord Jesus Christ as my Savior and Redeemer, as I told you at the time of my sentencing. In so doing, I took advantage of the courses offered by the BOP which were best suited to help me correct my previous behavior. I earned my G.E.D., took the 500 Hour Residential Drug Abuse Program, the 40 hour Drug Program, 2 Christian 12 Step Drug Programs, and a Barbering Technology course, as well as other educational courses. I am at this time a Mentor in the Skills Program here at Coleman-Medium.

I've only had four incident reports in the 25 years since you sentenced me, and two of those were dismissed. But, during the same period I've received all the extra good time I could be given. The Superior Programming I am now participating in, in for the satisfaction I receive in helping others, since I can receive no more extra good time. I also am mindful that: "...charity shall cover the multitude of sins." 1 Peter 4:8b

My conduct in the last 25 years is devoid of violence, or drugs of any sort. On the contrary, I'm more sociable due to God's Grace. I've not harmed but helped. I even save a black inmates life by using the Heimlich Maneuver when he was choking to death. The officer who was present at the time didn't know what to do, and called medical for help. The Doctor later said that if I hadn't used the Heimlich Maneuver on him when I did, he would have been dead by the time medical staff reached him.

If you recall, at the time of my sentencing hearing I told you I had became a Christian in 1982, and that I had accepted the Lord Jesus Christ as my Savior. And that the Grace of God had brought about a change in the character of Jim Nolan. I told you that the new Jim Nolan would not be a Danger to Society, and that I was not the person I was in the 60's and 70's, and that I didn't deserve no more than a 40 years sentence.

In handing down my sentence, Your Honor stated: "The Court acknowledges the testimony presented by Mr. Nolan here today with respect to his conversion to Christianity, but finds that the greater weight of the evidence, the preponderance of the evidence, demonstrates a great likelihood that Mr. Nolan would continue to engage in criminal conduct despite his involvement in Christianity." But, the events discussed above shows that since my being sentenced by Your Honor. I have indeed continued to follow the doctrine of correction set forth by my Lord Jesus Christ. Thus proving Your Honor's assessment of me at that time to be an error. Your statement shows either: (1) You don't know the change that comes with submission to the Will of Christ; or (2) You thought I was not sincere when I said I'd accepted the Lord Jesus Christ as my Savior.

Also, I have three times been up for parole since your sentencing, and have been denied each time. The first time in 1997, the Parole Examiner recommended a fifteen year reconsideration Hearing for 10/20/12. At my hearing of 10/11/12, as well as my recent hearing on 10/8/14, the Parole Examiner recommended that I be Paroled, but the Parole Commission overruled the recommendation both times. They did so even though I had overwhelming support for my release back into society from numerous Administrative Staff, Correctional Officers, Chaplains, and outside organizations. The Skills Program Coordinator, Psychologist, Dr. Benitez strongly voiced her Professional observation of my shown readiness to be reintegrated into society. Though not stated, it is my belief, that the Parole Commissioner's reason for denying me Parole was due to Your Honor's recommendation that I not be given a parole.

This begs the question of whether it is at all feasible that I could fool the Officers, Counselors, Case Managers, Unit Managers, Associate Wardens, and Wardens for over 33 years? Would these Staff members, and Administrators of the FBOP make recommendations that I be given extra-good-time over the years if my actions were not commendable? So much so, that I've now earned all of the good-time I can possibly earn on this sentence. How extraordinary and compelling is this? It is preposterous to look at the last 33 years of my conduct, and formulate a conclusion that I would be a danger to the safety of society.

I now suffer from multiple ailments which are: Chronic Arthritis, Advance Degenerate Disc Disease--from which I now

-3-

need to use a cane to aide me in getting around, and have lost over two inches from my original height. I also suffer from Sleep Apnea--for which I use a CPAP Breathing Machine at night so that I can breath as I sleep. I've had skin cancer treatment, prostate cancer surgery, and I am slowly losing my eyesight, and hearing. It is also believed that I have a high probability of having the gene that causes Alzheimer's Disease. Since both of my parents--who are deceased--suffered from the disease. Needless to say being 71 years old, adds to the debilitating affects of my illnesses.

    I here seek to see if the Mercy and Forgiveness given to me by the Lord, would likewise encourage in you to do the same. As it is always good remember that all who have shown contrition reflected in their current conduct, are worthy to receive mercy and forgiveness. Taking note that the Lord's prayer admonishes us to forgive others trespasses, for all will seek forgiveness of their trespasses of God's Laws. In this I am hopeful that you will be merciful, for the Lord also says: "Be you therefore merciful, as your Father also is merciful." Luke 6:36, and "For he shall have judgment without mercy, that has shown no mercy; and mercy rejoices against judgment." James 2:13

    For all of the above reasons I hope that you will consider reducing my time so that I can spend my remaining years with my family sooner rather than later.

    I conclude by stating that the love of the Lord, my Rock, fills my heart. He has blessed me in so many wonderful ways. And though He warns that many will be offended by the testimony of Him, not to testify of Him, in my sight, is to deny the

change brought about in my life by His Grace, and that I will never do. The Lord is the most important person in my life, and has for the last 33 years guided me through many illnesses and obstacles, and I am certain that He can carry me through the last 18 months of this sentence if need be.

Respectfully submitted,

*James Nolan*
James Nolan

James Nolan
Reg.# 03798-008
F.C.C. Coleman Medium
P.O. Box 1032
Coleman, Florida 33521

Honorable William J. Zloch
U.S. District Judge
U.S. Courthouse
299 E. Broward Blvd
Fort Lauderdale, FL 33301

CERTIFIED MAIL
7012 3050 0000 5574 6236

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
ORMOND BEACH, FL
32174
DEC 08, 14
AMOUNT
$7.19
33301
0011382613





RECEIVED IN CHAMBERS OF
14 DEC 15 PM 2:46
JUDGE WILLIAM J. ZLOCH
US DISTRICT COURT FT.L.
SOUTHERN DIST. OF FL.

SIGNATURE REQUIRED.