UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 86-06122-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      **O R D E R**

JAMES THOMAS NOLAN,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant James Nolan's Motion To Reduce Sentence (DE 2954). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    The Court notes for the benefit of Defendant that, pursuant to 18 U.S.C. § 3582, no circumstance has arisen under which the Court could consider a modification of his term of imprisonment. Once it has been imposed, the Court may not modify a term or imprisonment unless: (1) the Director of the Bureau of Prisons files the appropriate motion and the Court then finds that there are extraordinary and compelling reasons to warrant such a reduction or limited circumstances apply, which relate to persons serving life imprisonment sentences under 18 U.S.C. § 3559(c); (2) the modification is expressly permitted by statute or pursuant to Rule 35 of the Federal Rules of Criminal Procedure; or (3) the sentencing range has been lowered by the Sentencing Commission. See 18 U.S.C. § 3582(c). The imposition of a prison sentence

constitutes a final judgment in a criminal case. Id. at § 3582(b).

Accordingly, and after due consideration, it is

**ORDERED AND ADJUDGED** that Defendant James Nolan's Motion To Reduce Sentence (DE 2954) be and the same is hereby **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of February, 2015.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record

James Thomas Nolan, PRO SE
Reg. No. 3798-008
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521

2